# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| YVONNE BROWN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | 1:20-CV-00999-ELR |
| | * | |
| VINING'S FINE WINE & DELI, INC., | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |

_____

# O R D E R
_____

Presently before the Court is the Parties' "Consent Motion to Lift Stay." [Doc. 41]. By their instant motion, the Parties represent that they have reached a settlement in principle. [Id. at 2]. Thus, the Parties now make two (2) requests. First, they ask this Court to lift the stay of proceedings implemented by the undersigned's December 22, 2020 Order, so that they "may submit their settlement to the Court for its approval and dismissal of this case." [See id.; see also Doc. 38]. Second, the Parties request "that the Court enter an Order . . . directing the Clerk to administratively close this case . . . and permitting the Parties thirty (30) days to submit dismissal documents." [Doc. 41 at 2–3].

Accordingly, for good cause shown, the Court **GRANTS** the Parties' "Consent Motion to Lift Stay." [Doc. 41]. Thus, the Court **LIFTS** the previously imposed stay and **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** this case.[1] The Parties shall file a stipulation of dismissal upon finalization of the settlement documents, no later than thirty (30) days from the date of this order. If settlement fails, the Parties should promptly move to reopen the case.

**SO ORDERED**, this 23rd day of March, 2021.

_____
Eleanor L. Ross
United States District Judge
Northern District of Georgia

---

[1] The Court notes that administrative closure will not prejudice the rights of any Party to this litigation. A Party need only file a motion to reopen the case if they so choose.