IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| YVONNE BROWN, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION |
| | ) FILE No. 1:20-cv-00999-ELR |
| VINING'S FINE WINE & DELI, INC., | ) |
| Defendant. | ) |

## ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANT WITH PREJUDICE

The Court, having read and reviewed the parties' Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit A, and for good cause shown, the Stipulation to Approve Consent Decree and Dismiss with Prejudice is **GRANTED**.  [Docs. 43, 43-1].  The Court shall retain jurisdiction to enforce the Consent Decree.

**SO ORDERED**, this 6th day of July, 2021.

_____
Hon. Eleanor L. Ross
United States District Judge